# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                          Case No. 11-CR-0045

DIANE L BAUGH and VIRGINIA M AKERS,

      Defendants.

## ORDER GRANTING MOTION TO ADJOURN

      Counsel for defendant Diane L. Baugh in the above matter has filed an unopposed motion to adjourn the trial currently scheduled for October 24, 2011 and the corresponding final pre-trial conference set for August 5, 2011.  As gounds for the motion, counsel notes both scheduling difficulties that he has, but more importantly the need for his forensic accountant to review additional information provided by the Government in preparation of the defense.

      In the interest of ensuring that counsel and his expert have adequate time to prepare the defense for the defendant, the motion will be GRANTED.  The Clerk is directed to contact the parties and reschedule this trial at a time as early as possible, consistent with their schedules.

      Further, the Court excludes the time resulting from this delay pursuant to the Speedy Trial Act.  I find that the need to allow counsel to adequately prepare his case and his expert witness for defense outweigh the interests of either defendant and the public in a speedy trial.  Accordingly, the time necessitated by the delay is excluded.

      **SO ORDERED** this   3rd   day of August, 2011.

                                                s/ William C. Griesbach
                                               William C. Griesbach
                                               United States District Judge